IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| State of South Carolina; County of Aiken; | ) | |
| City of Burnettown; Burnettown | ) | |
| Municipal Court; Officer David Paul | ) | |
| Smith, Badge No. 500 7th District; and | ) | |
| Officer Ron J. Toole, Badge | ) | |
| No. 507 7th District, | ) | C/A No.: 1:12-cv-02630-TLW |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| Minister Nailah Anah Bakari, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER**

The defendant, Minister Nailah Anah Bakari ("defendant"), removed the above-captioned case from the Municipal Court of Burnettown in Aiken County, South Carolina to federal district court. (Doc. #1). This action is the defendant's pending state criminal case involving an alleged traffic violation. (Doc. #1).

This matter now comes before this Court for review of the Report and Recommendation ("the Report") entered on December 4, 2012 by United States Magistrate Judge Paige J. Gossett, to whom this case had previously been assigned. (Doc. #11). In the Report, the Magistrate Judge recommends that this case be remanded back to the Municipal Court for the Town of Burnettown. (Doc. #11). The plaintiff did not file objections to the Magistrate Judge's Report.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in

1

whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. <u>See</u> <u>Camby v. Davis</u>, 718 F.2d 198, 199 (4th Cir. 1983).

This Court has carefully reviewed the Magistrate Judge's Report and Recommendation. (Doc. #11). The defendant did not file objections to the Report. Accordingly, for the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED.** (Doc. #11). The above-captioned matter is hereby remanded to the Municipal Court of Burnettown in Aiken County, South Carolina.

The Clerk of this Court is directed to mail a certified copy of the Order of Remand to the Clerk of the Court of the Municipal Court of Burnettown.

**IT IS SO ORDERED.**

<u>s/ Terry L. Wooten</u><br>
Terry L. Wooten<br>
Chief United States District Judge

January 28, 2013
Columbia, South Carolina